IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL K. JONES,<br>    Plaintiff | : | CIVIL ACTION |
| | : | |
| | : | No.: 02-CV-2813 |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| LOWER MAKEFIELD TOWNSHIP, | : | |
| | : | |
|     Defendant | : | |

## ENTRY OF APPEARANCE AND JURY DEMAND

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, Lower Makefield Township in the above-captioned matter. A jury of twelve is demanded.

                                                DEASEY, MAHONEY & BENDER, LTD.


                                         BY:_____
                                              CARLA P. MARESCA, ESQUIRE
                                              Attorney for Defendant
                                              1800 John F. Kennedy Blvd.
                                              Suite 1300
                                              Philadelphia, PA 19103-2978
                                              I.D. NO.  77568

Date:_____