IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAIL K. JONES : CIVIL ACTION

V. : NO. 02-2813

LOWER MAKEFIELD TOWNSHIP :

O R D E R

**AND NOW**, this 2nd day of December, 2002, by agreement of counsel, **IT IS ORDERED** that the scheduling order of August 30, 2002 is amended as follows:

1. The discovery deadline is extended to March 29, 2003.

2. The dispositive motion deadline is extended to April 29, 2003.

3. The trial scheduled for March 31, 2003 is continued and is hereby rescheduled for July 7, 2003.

4. In all other respects the scheduling order of August 30, 2002 is hereby reaffirmed.

_____
William H. Yohn, Jr., Judge