IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAIL K. JONES : CIVIL ACTION

V. : NO.  02-2813

LOWER MAKEFIELD TOWNSHIP :

O R D E R

AND NOW, TO WIT:  this 31st day of March, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

ALL PENDING MOTIONS ARE DISMISSED AS MOOT.

MICHAEL E. KUNZ, Clerk of Court

_____

_____BY: _____

Rita L. Polkowski
Deputy Clerk

Civ 2 (8/2000)
41(b).frm